**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

QUINTINA MARIE JOPLIN,

Plaintiff,

26 **CIVIL** 2006 (VF)

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 8, 2026, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**